UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  ___2/10/2022_____
```

| | |
|---|---|
| GLENN JOHNSON,<br><br>                             Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK; CORRECTION OFFICER ADELSON, SHIELD #4915,<br><br>                             Defendants. | 22-CV-0956 (ALC)<br><br>ORDER OF SERVICE |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants failed to protect him from an attack by another inmate when Plaintiff was detained in the Anna M. Kross Center (AMKC) on Rikers Island. By order dated February 9, 2022, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP).

### DISCUSSION

**A.   Waiver of Service**

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Defendants the City of New York and Correction Officer Adelson, Shield #4915 waive service of summons.

**B.   Local Civil Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled ["Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents."](#) Within 120 days of the

date this Order is issued, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[1]

## CONCLUSION

The Clerk of Court is respectfully directed to electronically notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Defendants the City of New York and Correction Officer Adelson, Shield #4915 waive service of summons.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff, together with an information package.

**SO ORDERED.**

Dated: February 10, 2022
       New York, New York

*(signature)*

**ANDREW L. CARTER, JR.**
**United States District Judge**

---

[1] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.