UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| GLENN JOHNSON, | : |
| | 22-CV-00956 (ALC) |
| *Plaintiff*, | : |
| -against- | : **ORDER** |
| CITY OF NEW YORK, and CORRECTION OFFICER ADELSON #4915, | |
| | : |
| *Defendants*. | |
| | : |

-------------------------------------------------------------X

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of Plaintiff's letter dated August 4, 2023, ECF No. 28, in response to the order to show cause, ECF No. 26. Plaintiff cited his prior filing dated December 14, 2022 and received December 19, 2022, ECF No. 17, as his response to Defendants' motion to dismiss, ECF No. 23. However, Defendants did not file an actual motion to dismiss until December 20, 2022. If Plaintiff wants to oppose the motion that was actually filed, ECF No. 23, Plaintiff should file an opposition by **August 28, 2023**. If not, the Court will deem Plaintiff's opposition, mailed on December 14, as the opposition to the Defendants' motion to dismiss.

**SO ORDERED.**

Dated:   **August 8, 2023**
         **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**