UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GLENN JOHNSON,                                             :

                          *Plaintiff*,                     :        22-CV-00956 (ALC)

        -against-                                          :        **ORDER**

CITY OF NEW YORK, and
CORRECTION OFFICER ADELSON #4915,
                                                           :

                          *Defendants*.

                                                           :
-------------------------------------------------------------X

**ANDREW L. CARTER, United States District Judge:**

        On August 18, 2023, Plaintiff filed his opposition to Defendants' motion. ECF No. 33.

Previously, Defendants asked the Court to consider the motion fully briefed. ECF No. 23.

Defendants' reply to ECF No. 33, if any, must be filed on or before October 10, 2023.


        **SO ORDERED.**

  **Dated:    October 3, 2023**
             **New York, New York**

                                                        _____
                                                             **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**

1