UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

GLENN JOHNSON,

                  *Plaintiff,*      22-CV-00956 (ALC)

       -against-      **CONFERENCE ORDER**

CITY OF NEW YORK, and
CORRECTION OFFICER ADELSON #4915,

                  *Defendants*.

------------------------------------------------------------------ x

**ANDREW L. CARTER, United States District Judge:**

      The Court will hold a telephonic conference in this action on March 12, 2024 at 3:00PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

      SO ORDERED.

**Dated:**    **March 4, 2024**
            **New York, New York**

                                                               **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**