UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
: 
GLENN JOHNSON,                                                     :
: 
                                 *Plaintiff,*     :      22-CV-00956 (ALC)
: 
        -against-                                   :      **AMENDED CONFERENCE**
:      **ORDER**
: 
CITY OF NEW YORK, and                                              :
CORRECTION OFFICER ADELSON #4915,                                  :
: 
                                 *Defendants.*    : 
: 
------------------------------------------------------------------ :
x

**ANDREW L. CARTER, United States District Judge:**

    The conference scheduled for March 12, 2024 is hereby **ADJOURNED**.

    **IT IS HEREBY ORDERED** that the Warden or other official in charge of the Clinton Correctional Facility in Dannemora, or other facility in custody of Glenn Johnson, produce inmate Glenn Johnson (DIN: 23B3958), to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility to the United States Courthouse, Southern District of New York, on **March 19, 2024**, commencing at 3:30PM Eastern Time, until completion. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

    **Counsel for Defendants must transmit this Order to the Warden forthwith.**

    The Clerk of Court is respectfully directed to serve a copy of this Order on the pro se Plaintiff.

SO ORDERED.

Dated:   March 12, 2024
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**