UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
GLENN JOHNSON,                                                     :
                                                                   :
                        *Plaintiff*,         :     22-CV-00956 (ALC)
                                                                   :
      -against-                                                    :     **ORDER**
                                                                   :
                                                                   :
CITY OF NEW YORK, and                                              :
CORRECTION OFFICER ADELSON #4915,                                  :
                                                                   :
                        *Defendants*.        :
                                                                   :
------------------------------------------------------------------ :
                                                                   x

**ANDREW L. CARTER, United States District Judge:**

        The Court is in receipt of Defendants' letter dated March 13, 2024, ECF No. 52, requesting permission to file an answer to the Complaint and attaching the general release as an exhibit to the answer. Upon further consideration, Defendants' motion to dismiss, ECF No. 19, is **DENIED**. Defendants may file an answer to the Complaint by **April 2, 2024**. At the completion of discovery, Defendants may move for summary judgment.

        The parties are ORDERED to file a joint status report by **April 5, 2024** regarding what discovery, if any, they will engage in, and propose a deadline for completion of discovery. The Clerk of the Court is respectfully directed to terminate the open motion at ECF No. 19.

**SO ORDERED.**

**Dated:   March 19, 2024**
             **New York, New York**

                                                                    **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**