

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **MARY K. SHERWOOD**<br>*Assistant Corporation Counsel*<br>msherwoo@law.nyc.gov<br>Phone: (212) 356-2425<br>Fax: (212) 356-3509 |

April 3, 2024

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   Johnson v. City of New York et al.,
      22 Civ. 956 (ALC)

**MEMO ENDORSED**
SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 4, 2024
New York, NY

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for the City of New York and Correction Office Adelson (hereinafter "Defendants"). Defendants respectfully requests the Court extend the parties time to file a joint status letter in accordance with the Court's March 19, 2024 Order until April 12, 2024 for the reasons stated herein. ECF No. 53.

    By way of background, Glenn Johnson ("Plaintiff") brings this action, pursuant to 42 U.S.C. § 1983 against Correction Officer Adelson and the City of New York. (ECF No. 2). Plaintiff alleges that on June 3, 2021, Correction Officer Adelson failed to intervene and protect Plaintiff when another inmate assaulted him and sprayed him with OC spray when he was incarcerated at Anna M. Kross Center. (ECF No. 2, at 4). On July 7, 2021, Plaintiff signed a general release that released the City of New York and Officer Adelson. (*See* ECF No. 22, at 5).

    After denying Defendants' Motion to Dismiss without a decision, the Court permitted Defendants to file an answer and ordered the parties to file a joint status report by April 5, 2024 regarding what discovery, if any, the parties will engage in, and propose a deadline for the completion of discovery. (ECF No. 53). In order to file a joint letter, the parties must confer. However, Plaintiff is currently in custody of New York State Department of Corrections and Community Supervision and his calls must be scheduled well in advanced of the proposed time for the call. The undersigned was not able to schedule a call with Plaintiff prior to the April 5, 2024 deadline. A call is tentatively scheduled for April 10, 2024, subject to confirmation from Plaintiff's facility.

    Accordingly, for the reasons stated herein, Defendants respectfully request the Court extend their time to file the joint letter until April 12, 2024.

Thank you for your consideration herein.

          Respectfully submitted,

          *Mary K. Sherwood*

          Mary K. Sherwood
          *Assistant Corporation Counsel*
          Special Federal Litigation Division

cc:    Glenn Johnson
       #23B3958
       Clinton C.F.
       P.O. Box 2000
       Dannemora, NY 12929