```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

GLENN JOHNSON,

                                       Plaintiff,

        -against-

THE CITY OF NEW YORK and CORRECTION
OFFICER ADELSON,

                                       Defendants.

-------------------------------------------------------------------- X

**ORDER TO PRODUCE INCARCERATED PERSON FOR DEPOSITION**

22 Civ. 0956 (ALC)

**THE HONORABLE SARAH NETBURN, United States Magistrate Judge:**

      Upon the application of defendants Correction Officer Adelson and the City of New York for leave to take the deposition of plaintiff Glenn Johnson (DIN: 23-B-3958), an incarcerated person, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge at Green Haven Correctional Facility produce incarcerated person plaintiff Glenn Johnson (DIN: 23-B-3958), for the taking of his deposition by video conference on October 29, 2024 commencing at 10 a.m., and for so long thereafter as the deposition continues; (2) plaintiff Glenn Johnson (DIN: 223-B-3958), appear in such place as designated by the Warden or other official in charge of the Clinton Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition via video conference, will be a court reporter to be designated by defendants as well as the attorney for defendants.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

Dated: October 11, 2024
        New York, New York