UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GLENN JOHNSON,

                             Plaintiff,                      22-CV-00956 (ALC)(SN)

         -against-                                       **ORDER**

THE CITY OF NEW YORK and CORRECTION
OFFICER ADELSON,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      Discovery closed in this matter on November 12, 2024. By December 12, 2024, any party who wishes to file a motion for summary judgment is directed to submit a pre-motion conference letter not to exceed three pages to Hon. Andrew L. Carter, Jr. Additionally, in light of the close of discovery, the parties are directed to contact Courtroom Deputy Diljah Shaw by email at Diljah_Shaw@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:     November 14, 2024
                New York, New York