UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
GLENN JOHNSON,                                                     :
                                                                   :
                              *Plaintiff,*      :      22-CV-00956 (ALC)
                                                                   :
        -against-                                                 :      **ORDER**
                                                                   :
CITY OF NEW YORK, and                                              :
CORRECTION OFFICER ADELSON #4915,                                  :
                                                                   :
                              *Defendants.*      :
                                                                   :
------------------------------------------------------------------ x

**ANDREW L. CARTER, United States District Judge:**

      As discussed during today's pre-motion conference, Defendants are hereby ORDERED to serve Plaintiff with an additional copy of his deposition transcript. In addition, the Court hereby GRANTS Defendants leave to file their motion for summary judgment and sets the following briefing schedule:

- **Defendants' Motion for Summary Judgement**      **July 18, 2025**
- **Plaintiff's Opposition Brief**      **September 2, 2025**
- **Defendants' Reply**      **September 12, 2025**

      The Court will hold a telephonic status conference in this action to confirm Plaintiff's receipt of his deposition transcript and Defendants' motion for summary judgment on August 5, 2025 at 4:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-

244-8681 (access code: 2305 370 0226#). The Clerk of Court is respectfully directed to serve a copy of this Order on the pro se Plaintiff.

**SO ORDERED.**

Dated:    **June 18, 2025**
           **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**