UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
 

| | |
|---|---|
| GLENN JOHNSON,<br><br>       *Plaintiff*,<br><br>-against-<br><br>CITY OF NEW YORK, and<br>CORRECTION OFFICER ADELSON #4915,<br><br>       *Defendants*. | 22-CV-00956 (ALC)<br><br>**<u>CONFERENCE ORDER</u>** |

------------------------------------------------------------------ x

**ANDREW L. CARTER, United States District Judge:**

  As discussed during the pre-motion conference held on August 5, 2025, the Court will hold a telephonic status conference in this action to confirm Plaintiff's receipt of Defendants' motion for summary judgment on September 23, 2025 at 3:30 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#). The Clerk of Court is respectfully directed to serve a copy of this Order on the pro se Plaintiff.

**SO ORDERED.**

Dated: **August 8, 2025**
    **New York, New York**

                           */s/ Andrew L. Carter, Jr.*
                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**