

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | MARY JANE ANDERSON<br>*Assistant Corporation Counsel*<br>maanders@law.nyc.gov<br>Phone: (212) 356-2415<br>Fax: (212) 356-3509 |

**MEMO ENDORSED**

September 5, 2025

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/23/2025

    Re:    <u>Johnson v. City of New York et al.</u>,
            22 Civ. 956 (ALC)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent the City of New York and Correction Officer Adelson ("Defendants") in the above referenced matter. Defendants write to respectfully request a three week extension of time to submit their motion for summary judgment from September 5, 2025 to September 26, 2025. This is the second request for an extension of this deadline. Due to plaintiff's incarcerated status, Defendants were unable to ascertain his position on the instant request.

        Due to time sensitive issues in other cases, the undersigned requires additional time to draft and file Defendants motion. Defendants further respectfully request that the Court afford plaintiff a corresponding extension of time to submit his opposition papers until November 10, 2025, should the instant request be granted, and an extension of time for defendants to submit their reply until November 20, 2025, should the instant request be granted. Therefore, the new briefing schedule would be as follows:

- Defendants' Motion Due: September 26, 2025
- Plaintiff's Opposition Due: November 10, 2025
- Defendants' Reply Due: November 20, 2025

        Furthermore, in the interest of judicial economy, Defendants respectfully request a corresponding adjournment of the status conference scheduled for September 23, 2025, the purpose of which was to confirm plaintiff's receipt of Defendants' motion, (<u>see</u> ECF No. 75), until a date and time that is convenient to the Court after September 26, 2025, and before November 10, 2025.

Defendants thank the Court for its time and consideration herein.

Respectfully submitted,

*Mary Jane Anderson* /s/
Mary Jane Anderson
*Assistant Corporation Counsel*
*Special Federal Litigation Division*

cc: Glenn Johnson
#23B3958
Clinton C.F.
P.O. Box 2000
Dannemora, NY 12929

The telephonic conference previously scheduled for September 23, 2025 at 3:30 PM ET is hereby **ADJOURNED**. Upon filing of their motion for summary judgment, Defendants shall file a letter with this Court proposing a new date and time for a telephonic conference with Plaintiff so that the Court may confirm Plaintiff's receipt of the motion.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

September 23, 2025