UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GLENN JOHNSON,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK and CORRECTION
OFFICER ADELSON,

                            Defendants.

------------------------------------------------------------X

22-CV-00956 (ALC)(SN)

**ORDER TO PRODUCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2025

**SARAH NETBURN, United States Magistrate Judge**:

       A telephonic conference is scheduled for Monday, October 27, 2025, at 9:00 a.m. Accordingly, the Warden or other official in charge of the Clinton Correctional Facility is ORDERED to produce Glenn Johnson (Department ID No. 23B3958) on October 27, 2025, at 9:00 a.m. to a suitable location within the Clinton Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court.

       Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Clinton Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court with Plaintiff on the line at the time and date of the conference.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      October 15, 2025
                 New York, New York