```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GLENN JOHNSON,

                     Plaintiff,

      -against-

THE CITY OF NEW YORK and CORRECTION
OFFICER ADELSON,

                     Defendants.

-------------------------------------------------------------X

22-CV-00956 (ALC)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

      The parties appeared for a telephone conference on October 27, 2025. During the conference, Plaintiff confirmed that he received Defendants' Motion for Summary Judgment and will file an opposition by November 24, 2025. Plaintiff also informed the Court that he requires access to the Clinton Correctional Facility's law library to prepare his opposition but that he has been unable to schedule a library visit. The Court appreciates the assistance from counsel for the Defendants in notifying the Warden or other official in charge of the Clinton Correctional Facility to facilitate library access to Plaintiff Glenn Johnson (DIN 23B3958) with sufficient time to prepare his court submission by November 24, 2025.

**SO ORDERED.**

                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:      October 27, 2025
               New York, New York