**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

GLENN JOHNSON,

Plaintiff,

-against-

CITY OF NEW YORK, and :
CORRECTION OFFICER ADELSON #4915,

Defendants.

-----------------------------------------------------------------X

22 **CIVIL** 0956 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 14, 2026, the Motion is GRANTED. Because Plaintiff would not be able to cure the defects outlined above, the court will not grant him leave to amend. Accordingly, this case is DISMISSED with prejudice and the case is closed.

**Dated:** New York, New York
July 16, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:** ______________________________
**Deputy Clerk**